

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-20-00063-CR, 04-20-00064-CR, 04-20-00065-CR

David M. **MURPHY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR4881, 2018RCR4882, 2018CR4883
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED May 26, 2021.

_____
Irene Rios, Justice